B. ALTMAN & Co. *v.* UNITED STATES

No. 6769.—Invoices dated London, England, April 24, 1942, etc:
Certified April 30, 1942, etc.
Entered at New York, N. Y., June 1, 1942, etc.
Entry No. 752879, etc.

(Decided January 17, 1947)

*Marlow & Hines* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, present for determination the question of whether or not a so-called British purchase tax should be included as a part of the dutiable value of the merchandise.

In submitting the appeals for decision, counsel for the respective parties have agreed that the issues herein are similar in all material respects to the issues involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record in that case has been admitted in evidence in this case.

Upon the agreed facts, and the law applicable thereto, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any additions made by the importer on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

F. SCHUMACHER & CO. ET AL. *v.* UNITED STATES

No. 6770.—Invoices dated Walsden, England, October 10, 1941, etc.
Certified October 11, 1941, etc.
Entered at New York, N. Y., November 14, 1941, etc.
Entry No. 724694, etc.

(Decided January 17, 1947)

*Brooks & Brooks* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.